UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-61391-CIV-ALTONAGA/Brown

**VINNETTE A. HUTSON**,

    Plaintiff,

vs.

**LTD FINANCIAL SERVICES, L.P.**,

    Defendant.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On November 9, 2009, Plaintiff served a copy of the summons and complaint on Defendant, LTD Financial Services, L.P. [D.E. 4-1]. Defendant failed to answer or otherwise respond, so on December 3, 2009 the Court ordered Plaintiff to file a *Motion for Entry of Clerk's Default* ("*Motion*") by December 17, 2009 [D.E. 6]. The Court advised Plaintiff that failure to file the *Motion* within the specified time may result in a dismissal without prejudice. The time for compliance has passed, and to date Plaintiff has failed to file the *Motion*. Accordingly, it is

**ORDERED AND ADJUDGED** that this matter is **DISMISSED** without prejudice. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of December, 2009.

                                              _____
                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record